# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tristian Murray and Iveey Jones )<br>*Plaintiff* )<br>v. )<br>United States of America )<br>*Defendant* ) | Civil Action No.    2:23-cv-04991-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that

•   other: having granted Defendant's motion to dismiss pursuant to Rule 12(b)(1), this action is dismissed.

This action was

•   decided by the Honorable Richard M Gergel, United States District Judge, presiding.

Date:   February 25, 2025                    *CLERK OF COURT*    Robin L Blume

                                                                s/S. Shealy

                                                    *Signature of Clerk or Deputy Clerk*